UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEROME WASHINGTON; JAMES HOWLEY; GARY BARKETT; DANIEL CAMPBELL; JAMEL FLORIA; VINCENT MANCUSO,

                Plaintiffs,

-against-

DR. CHEMA, THE TEAM LEADER; MR. JACOB MATTHEW; DR. KLAYON; MS. INDYN; MS. ASHA; MS. ASHA; DR. MATTHEW; DR. RAYMOND,

                Defendants.

22-CV-1956 (LTS)

CIVIL JUDGMENT

    By order issued March 29, 2022, the Court dismissed this action for failure to state a claim for relief but granted Plaintiff Jerome Washington 30 days' leave to replead his claims in an amended complaint. On April 27, 2022, the order was returned to the court with a notation on the envelope indicating that Plaintiff Washington could not be located at the address provided and the mail could not be forwarded. Plaintiff Washington has not filed an amended complaint, has failed to notify the Court of a change of mailing address, and has not initiated any further contact with the Court, written or otherwise.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court dismisses any claims brought on behalf of Howley, Barkett, Campbell, Floria, and Mancuso without prejudice to bringing their claims on their own behalf.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 29, 2022
           New York, New York

                                               /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                             Chief United States District Judge